(101 South. 478)

Ex parte Julius WHALEY et al. (6 Div. 185.)

(Supreme Court of Alabama. June 26, 1924. Rehearing Denied Oct. 9, 1924.)

Certiorari to Court of Appeals.

Frank S. White & Son and E. C. Crow, all of Birmingham, for petitioner.

Stokely, Scrivner, Dominick & Smith, of Birmingham, opposed.

GARDNER, J. Petition of Julius Whaley and Grady Whaley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Motor Sales Corp. v. Whaley, 101 South. 475.

Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.